GARRICK S. LEW (State Bar #61889)
Law Offices of Garrick S. Lew
1000 Townsend Street, Suite 488
San Francisco, CA 94103-488
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>TRANG MAN LOOC,<br><br>  Defendant. | CR No.11-0470 CRB<br><br>[Proposed] ORDER EXONERATING PROPERTY BOND |

Defendant TRANG MAN LOOC voluntarily surrendered at Taft, Correctional Institution on October 1, 2012 pursuant to the court's Judgment of April 25, 2012.

IT IS HEREBY ORDERED that defendant's property bond, posted by surety Liz H. Nguyen may be exonerated at this time. The Clerk of the Court is directed to reconvey the Short Form Deed of Trust and Assignment of Rents in favor of Trustee, RICHARD WIEKING, Clerk of the United States District Court for the real property located at 669 Sierra Point Road, Brisbane, CA 94005, recorded in San Mateo County on April 28, 2011, instrument no. 2011-048507 to Trustor Liz H. Nguyen.

DATED: October 3, 2012

_____
The Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer